# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 98-10158
_____

### EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Plaintiff-Appellee,**

**versus**

### DILLARD DEPARTMENT STORES, INC.

**Defendant-Appellant.**

_____

**Appeal from the United States District Court
for the Northern District of Texas, Dallas
(3:97-CV-986-R)**

_____

**April 20, 1999**

Before GARWOOD, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Having reviewed the briefs and the record, and concluding that there was a sufficient basis for requesting the subpoena at issue, the challenged orders of the district court are

*AFFIRMED.*

---

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.